E-FILED
Thursday, 12 January, 2012  09:32:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08-30112 |
| | ) | |
| RONNIE CLIPPARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection.  <u>See</u> d/e 30.  For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 30) is GRANTED. An Amended Judgment will be entered sentencing Defendant to 60 months' imprisonment on Counts 1 and 2, concurrently.  The Motion For Retroactive Application of Sentencing Guidelines filed December 13, 2011 (d/e 29) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: January 11, 2012

FOR THE COURT:

                                        s/ Sue E. Myerscough
                                      SUE E. MYERSCOUGH
                              UNITED STATES DISTRICT JUDGE